IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02006-WJM-KLM

TERESA SWANN,

    Plaintiff,

v.

SAM'S CLUB, a Division of Wal-Mart Stores, Inc., a Foreign Corporation Doing Business in the State of Colorado,

    Defendant.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Amend Complaint (With Citation of Authority)** [Docket No. 23; Filed March 28, 2013] (the "Motion to Amend") and on Plaintiff's **Unopposed Motion to Withdraw Motion to Amend Complaint** [Docket No. 28; Filed April 23, 2013] (the "Motion to Withdraw").

    IT IS HEREBY **ORDERED** that the Motion to Withdraw [#28] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Motion to Amend [#23] is deemed **WITHDRAWN**.

    Dated:  April 24, 2013