**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 12-cv-2006-WJM-KLM

THERESA SWANN

      Plaintiff,

v.

SAM'S CLUB, a Division of Wal-Mart Stores, Inc., a Foreign Corporation doing business in the State of Colorado

      Defendant.

---

**ORDER GRANTING MOTION TO DISMISS**

---

This matter comes before the Court on the Plaintiff's Motion to Dismiss filed May 30, 2013 (ECF No. 33). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Plaintiff's Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay her or its own attorney's fees and costs.

Dated this 30th day of May, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge